# UNITED STATES DISTRICT COURT
## for the
### District of Nevada



RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT - 5 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

United States of America
v.
CEDRIC JAMAL TAYLOR
*Defendant*

Case No.  2:16-mj-654-NJK

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Before the Honorable George Foley, Jr., U.S. Magistrate Judge | Courtroom No.: | 3A |
|---|---|---|---|
| | | Date and Time: | October 6, 2016 at 3:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  October 5, 2016

*Judge's signature*

GEORGE FOLEY, JR., U.S. Magistrate Judge

*Printed name and title*